UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CORDELL CHATMAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1688** |
| **PLAQUEMINES PARISH GOVERNMENT, ET AL.** | **SECTION "O"** |

## ORDER

**IT IS ORDERED** that the motion[1] of Defendant Deputy Vincenzo Sainato to substitute and enroll counsel is **GRANTED**. Daniel R. Martiny and Jeffrey D. Martiny of Martiny & Associates, LLC are withdrawn as counsel for Deputy Sainato. Blake J. Arcuri, Laura C. Rodrigue, and Jason P. Wixom of Frosch Rodrigue Arcuri, LLC are enrolled as counsel for Deputy Sainato. Because Martiny & Associates, LLC has withdrawn as counsel for Deputy Sainato, the motion[2] of Plaintiff Cordell Chatman to disqualify Martiny & Associates, LLC based on the firm's representation of both Deputy Sainato and Sheriff Gerald Turlich, Jr. is **DENIED** as moot.

New Orleans, Louisiana, this 11th day of March, 2024.

_____
BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 22.
[2] ECF No. 16.