# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CORDELL CHATMAN | CIVIL ACTION |
| VERSUS | NO. 23-1688 |
| PLAQUEMINES PARISH GOVERNMENT, ET AL | SECTION "O" (5) |

## MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Deputy Vincenzo Sainato, who moves this Honorable Court for Summary Judgment. Plaintiff has failed to respond to Defendant's Requests for Admission, and thus they are deemed admitted by operation of law. However, Deputy Sainato is independently entitled to summary judgment on the merits, as the undisputed evidence is that he was notified that the Plaintiff had an active arrest warrant, thus giving him probable cause to arrest. No genuine issue of fact remains.

**WHEREFORE**, and for the reasons set forth in the accompanying Memorandum in Support, this Motion should be **GRANTED** and all claims dismissed with prejudice, and at plaintiff's own cost.

Respectfully submitted,

**FROSCH RODRIGUE ARCURI, LLC**

*/s/ Blake J. Arcuri*
BLAKE J. ARCURI (LSBN 32322)
LAURA C. RODRIGUE (LSBN 30428)
JASON P. WIXOM (LSBN 32273)
1615 Poydras Street, Suite 1250
New Orleans, Louisiana 70112
Tel: (504) 592-4600
Fax: (504) 592-4641
Email: barcuri@fralawfirm.com
lrodrigue@fralawfirm.com
jwixom@fralawfirm.com
*Attorneys for Deputy Sainato*

1

## CERTIFICATE OF SERVICE

I do hereby certify that on this 15th day of November, 2024, a copy of the foregoing was sent by email to all counsel.

<u>*/s/ Blake J. Arcuri*</u>
BLAKE J. ARCURI