UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CORDELL CHATMAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1688** |
| **PLAQUEMINES PARISH GOVERNMENT, ET AL** | **SECTION "O" (5)** |

### STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW COMES** Deputy Vincenzo Sainato, who pursuant to LR 56.1, provides the following list of facts which he alleges are material and uncontested:

1. Plaintiff was the passenger in a vehicle which was the subject of a traffic stop on Engineer's Road in Plaquemines Parish on May 18, 2022.

2. Mallory Tuggles was the driver of the vehicle which Plaintiff was riding as a passenger in.

3. Deputy Sainato contacted PPSO dispatch with the identity of the occupants in the vehicle and was advised that Ms. Tuggles had a suspended driver's license and an active felony arrest warrant from Kenner.

4. Deputy Sainato was told that there was a weapon located in the vehicle's glove box, which was located on the passenger side of the vehicle.

5. Deputy Sainato retrieved the weapon and made it safe.

6. Deputy Sainato was provided with Mr. Chatman's identification, which was a Florida Department of Corrections prisoner information sheet.

7. Deputy Sainato contacted PPSO dispatch with Mr. Chatman's identity and was informed that he Mr. Chatman had a fugitive warrant from Gretna.

8. PPSO dispatch emailed Deputy Sainato an NCIC sheet confirming the existence of the arrest warrant for Mr. Chatman.

9. Chatman was arrested for felon in possession of a firearm and for "17W", which is the code for booking on the fugitive warrant.

Respectfully submitted,

**FROSCH RODRIGUE ARCURI, LLC**

*/s/ Blake J. Arcuri*
BLAKE J. ARCURI (LSBN 32322)
LAURA C. RODRIGUE (LSBN 30428)
JASON P. WIXOM (LSBN 32273)
1615 Poydras Street, Suite 1250
New Orleans, Louisiana 70112
Tel:   (504) 592-4600
Fax:   (504) 592-4641
Email: barcuri@fralawfirm.com
       lrodrigue@fralawfirm.com
       jwixom@fralawfirm.com
*Attorneys for Deputy Sainato*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 15th day of November, 2024, a copy of the foregoing was sent by email to all counsel.

*/s/ Blake J. Arcuri*
BLAKE J. ARCURI