UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CORDELL CHATMAN | CIVIL ACTION |
| VERSUS | NO. 23-1688 |
| PLAQUEMINES PARISH GOVERNMENT, ET AL | SECTION "O" (5) |

AFFIDAVIT OF BLAKE ARCURI

PARISH OF ORLEANS

STATE OF LOUISIANA

BEFORE ME, the undersigned notary public, did appear Blake J. Arcuri, who after being sworn, did depose and state:

1. On October 7, 2024 at 3:06 p.m., I emailed the attached Discovery, including the Requests for Admission[1], in both PDF and Word version to opposing counsel at jessicahawkins0421@gmail.com, the email address listed in the CM/ECF system and the email address which I have used to communicate with counsel regarding this case on numerous occasions.

2. On November 11, 2024, I referenced the outstanding discovery in an email regarding the scheduling of depositions, specifically stating "Can you do 11/21? This is contingent on me receiving discovery responses with sufficient time to use them. We will not proceed go depos until that's done."[2]

3. As of November 15, 2024 at 10:08 a.m. I have not received any responses to the discovery, including the Requests for Admission.

_____  
Blake J. Arcuri

_____  
Jason Wixom, LSBN 32273  
My Commission Expires at Death

---

[1] Attached to these pleadings as Exhibit A.  
[2] Exhibit D.

Jason P. Wixom, Notary Public  
La. Bar Roll Number 32273  
State of Louisiana  
Qualified to Act Statewide  
My commission is for Life

Exhibit E