UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CORDELL CHATMAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1688** |
| **PLAQUEMINES PARISH GOVERNMENT, ET AL** | **SECTION "O" (5)** |

## DECLARATION OF VINCENZO SAINATO

**STATE OF LOUISIANA**
**PARISH OF PLAQUEMINES**

In accordance with 28 U.S.C. § 1746, hereby state and declare the following from my personal knowledge:

1. On May 18, 2022, I conducted a traffic stop on a vehicle on Engineer's Road in Plaquemines Parish.

2. Mallory Tuggles was the driver of the vehicle which I stopped. Cordell Chatman was the passenger. There were also two minor children in the vehicle.

3. I used my radio and phone to contact PPSO dispatch with the identity of the occupants in the vehicle and was advised by PPSO dispatch that Ms. Tuggles had a suspended driver's license and an active felony arrest warrant from Kenner.

4. I was told that there was a weapon located in the vehicle's glove box, which was located on the passenger side of the vehicle.

5. I retrieved the weapon and made it safe.

6. I was provided with Mr. Chatman's identification, which was a Florida Department of Corrections prisoner information sheet. He informed me that he had recently been released from prison.

7. I contacted PPSO dispatch with Mr. Chatman's identity and was informed that Mr. Chatman had a fugitive warrant from Jefferson Parish. Exhibit C is a true copy of the segment of bodycam

video in which I was informed by PPSO dispatch that Chatman had an active warrant out of Jefferson Parish.

8. I was emailed an NCIC sheet confirming the existence of the arrest warrant for Mr. Chatman. A true copy of that NCIC sheet is attached as Exhibit B to these pleadings.

9. Chatman was arrested and taken to jail for felon in possession with a firearm and for "17W", which is the arrest code for execution of the fugitive warrant.

I declare under penalty of perjury that this is true and correct to the best of my knowledge.

Date executed: November 15, 2024

*Vincenzo Sainato*
VINCENZO SAINATO