**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CORDELL CHATMAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1688** |
| **PLAQUEMINES PARISH GOVERNMENT, ET AL** | **SECTION "O" (5)** |

## NOTICE OF SUBMISSION

     **PLEASE TAKE NOTICE** that the attached Motion for Summary Judgment will be brought for hearing before the Honorable Brandon S. Long, United States District Judge, as directed by this Court, on the **11ᵗʰ day of December, 2024 at 10:00 a.m.,** or such other date and time as the Court may order, in the United States Court House, 500 Poydras Street, New Orleans, Louisiana.

     Respectfully submitted,

     **FROSCH RODRIGUE ARCURI, LLC**

     */s/ Blake J. Arcuri*
     BLAKE J. ARCURI (LSBN 32322)
     LAURA C. RODRIGUE (LSBN 30428)
     JASON P. WIXOM (LSBN 32273)
     1615 Poydras Street, Suite 1250
     New Orleans, Louisiana 70112
     Tel:    (504) 592-4600
     Fax:    (504) 592-4641
     Email:  barcuri@fralawfirm.com
             lrodrigue@fralawfirm.com
             jwixom@fralawfirm.com
     *Attorneys for Deputy Sainato*

1

## CERTIFICATE OF SERVICE

I do hereby certify that on this 15th day of November, 2024, a copy of the foregoing was sent by email to all counsel.

*/s/ Blake J. Arcuri*
BLAKE J. ARCURI